No. 6,213.—LEWIS AND CLARK LIFE INSURANCE CO., RESPONDENT, *v.* JOHN W. STANTON ET AL., APPELLANTS.

*Appeal from District Court, Toole County; John J. Greene, Judge.*

Decided November 25, 1927.

PER CURIAM.—On motion of counsel for appellant the appeal in the above-entitled cause is ordered dismissed.

*Mr. John W. Stanton,* for Appellants.

*Mr. C. F. Holt* and *Mr. S. C. Ford,* for Respondent.